IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN L. RICHES, | No. CV 07-06155 MJJ , |
|     Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| BARRY L. BONDS, | |
|     Defendant. | |

    (  ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that this action is dismissed as plaintiff has failed to state a cognizable claim for relief under § 1983.

Dated: December 28, 2007                        Richard W. Wieking, Clerk

                                                                By: /s/ Frank Justiliano
                                                                      Deputy Clerk